IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER MATTHEW MILES,

    Plaintiff,

v.                                                  4:24cv54–WS/MAF

FIDELITY CORPORATION,
et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORTS AND RECOMMENDATIONS

Before the court are the magistrate judge's (1) report and recommendation (ECF No. 10) docketed March 28, 2024; and (2) supplemental report and recommendation (ECF No. 12) docketed April 9, 2024. In his March 28 report, the magistrate judge recommends that this case be dismissed for failure to state a claim upon which relief may be granted and for Plaintiff's failure to comply with two court directives: (1) to file a proper application to proceed *in forma pauperis* or, alternatively, to pay the filing fee; and (2) to correct the deficiencies identified in his amended complaint. On April 1, Plaintiff paid the filing fee. On April 9, in his

supplemental report, the magistrate judge recommends dismissal for failure to state a claim upon which relief may be granted and for failure to comply with the court's order to correct the identified deficiencies in his amended complaint. Plaintiff has filed objections (ECF Nos. 10 & 12) to the magistrate judge's reports and recommendations.

Having reviewed the magistrate judge's reports and recommendations in light of Plaintiff's objections, the undersigned finds—as did the magistrate judge—that Plaintiff's amended complaint is due to be dismissed for failure to state a claim upon which relief may be granted and for failure to comply with the court's order to correct the identified deficiencies in his amended complaint. Accordingly, it is ORDERED:

1. The magistrate judge's supplemental report and recommendation (ECF No. 12) is ADOPTED and incorporated into this order by reference.

2. The magistrate judge's report and recommendation (ECF No. 10) is ADOPTED to the extent it recommends dismissal for failure to state a claim and for Plaintiff's failure to correct the identified deficiencies in his amended complaint.

3. Plaintiff's amended complaint is DISMISSED for failure to state a claim upon which relief may be granted and because Plaintiff failed to comply with the

court's order to correct the identified deficiencies in his amended complaint.

4. The clerk shall enter judgment stating: "All claims are dismissed."

5. The clerk shall close the case.

DONE AND ORDERED this   23rd   day of   April  , 2023.


                              s/ William Stafford
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE